# Court of Appeals
# of the State of Georgia

ATLANTA,___August 07, 2013___

*The Court of Appeals hereby passes the following order:*

**A13A2213.  STEPHEN FOX v. GEORGIA DEPARTMENT OF LABOR, et al.**

Stephen Fox filed a notice of direct appeal from a superior court order affirming a decision of the Georgia Department of Labor concerning his application for unemployment benefits. Under OCGA § 5-6-35 (a) (1), however, a party seeking to appeal a superior court decision reviewing a state agency ruling must follow the discretionary appeal procedure. See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000). Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 08/07/2013_____
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*